

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2015

No. 04-15-00581-CV

**IN THE INTEREST OF J.J.R. AND D.A.R**, children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-09583
Honorable John D. Gabriel Jr., Judge Presiding

## O R D E R

      The court reporter's notification of late record is GRANTED. The reporter's record is due on December 21, 2015. No further extension will be granted.

_____
Jason Pulliam, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court